CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RKs
NOV 14 2011
JULIA C. DUDLEY, CLERK
BY: HMcDonad
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WILLIAM K. SCHANCK,<br>    Petitioner, | ) ) ) | Civil Action No. 7:11-cv-00378 |
| v. | ) ) | **ORDER** |
| C. ZYCH,<br>    Respondent. | ) ) ) | By:  Hon. Jackson L. Kiser<br>      Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that respondent's motion to dismiss (no. 6) is **GRANTED**; the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is **DISMISSED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner and counsel of record for the respondent.

ENTER: This 14th day of November, 2011.

                                                  /s/ Jackson L. Kiser
                                                  Senior United States District Judge